**LAUREL EMPLOYMENT LAW**
Joshua White (State Bar No. 278166)
josh@laurelemploymentlaw.com
Marta Manus (State Bar No. 260132)
marta@laurelemploymentlaw.com
6309 Van Nuys Boulevard, Suite 111
Van Nuys, California 91401-6630
Telephone: (310) 929 - 6371

Attorneys for Plaintiff,
RICARDO PEREZ

Electronically FILED by
Superior Court of California,
County of Los Angeles
10/25/2024 12:57 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By R. Sanchez, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| RICARDO PEREZ, an individual,<br><br>　　　　　Plaintiff,<br>　　　vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.; and DOES 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 24STCV25252<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Marta Manus of Laurel Employment Law hereby enters her appearance on behalf of Plaintiff, RICARDO PEREZ, in the instant matter.

We respectfully request the Court update its records to reflect this appearance for notification purposes and that henceforth the Court and parties direct all notices intended for plaintiff, RICARDO PEREZ, to the contact information as follows:

///

///

///

1  Joshua White (State Bar No. 278166)
   josh@laurelemploymentlaw.com
2  Marta Manus (State Bar No. 260132)
   marta@laurelemploymentlaw.com
3  6309 Van Nuys Boulevard, Suite 111
   Van Nuys, California 91401-6630
4  Telephone: (310) 929 - 6371

5

   DATED:     October 25, 2024            LAUREL EMPLOYMENT LAW
6

7                                         _____

                                          Joshua White, Esq.
8                                         Marta Manus, Esq.
                                          Attorneys for Plaintiff, RICARDO PEREZ
9

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6309 Van Nuys Blvd, Suite 111 Van Nuys, CA 91401.

On October 25, 2024, I served the foregoing document(s) described as:

## NOTICE OF APPEARANCE OF COUNSEL

on all interested parties in this action as set forth on the attached service list in the following manner:

**KETUL PATEL – kdpatel@foxrothschild.com ; phenderson@foxrothschild.com**
**ALEXANDER HERNAEZ – ahernaez@foxrothschild.com**

*Counsel for Defendant Space Exploration Technologies Corp..*

**BY MAIL**: I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United Parcel Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐ **BY OVERNIGHT MAIL**: I caused said document(s) to be picked up via UPS for delivery to the addressee(s) set forth on the attached service list on the next business day.

☐ **BY PERSONAL SERVICE**: I caused said document(s) to be delivered via personal delivery to the addressee(s) set forth on the attached service list.

X **BY ELECTRONIC SERVICE**: Only by emailing the document(s) listed above to the parties in this action using the email addresses identified on the attached Service List. During the period of National Emergency declared pursuant to the COVID-19 pandemic, as well as the Orders of the Governor of California and Mayor of Los Angeles, physical work in this office will cease, and electronic mail will be the preferred method of communication. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, on request only, upon a return to the office and the conclusion of the National Emergency and the above referenced Orders.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **FEDERAL:** I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on October 25, 2024 at Los Angeles, California.    

LAKEN PADILLA